# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**This Document Relates to:**

| | |
|---|---|
| Boyer v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-286 |
| Masephol v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-186 |
| Pecher v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-147 |
| Prust v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-143 |
| Seehafer v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-161 |
| Sydow v. Weyerhaeuser Company, et al. | CASE NO. 14-cv-219 |
| Heckel v. 3M Company, et al. | CASE NO. 13-cv-459 |
| Jacobs v. 3 M Company, et al. | CASE NO. 12-cv-899 |

## WEYERHAEUSER COMPANY'S RESPONSE IN OPPOSITION
## TO MOTION TO SET DATE CERTAIN FOR 30(B)(6) DEPOSITION

Weyerhaeuser opposes Plaintiffs' motion for this Court to set a date certain for the Rule 30(b)(6) deposition of Weyerhaeuser Company. Weyerhaeuser conferred with Plaintiffs' counsel the week of March 22, 2015, and both parties have agreed to tentatively set the date for a Rule 30(b)(6) deposition of Weyerhaeuser for May 28, 2015, subject to the resolution of issues surrounding the noticed topics and the production of documents. As a result of the parties' agreement, Plaintiffs' motion requesting that the Court set a date certain is moot and should be denied.

Respectfully submitted this 1st day of April, 2015.

    Counsel for Weyerhaeuser Company,

    /s/ Joshua J. Metcalf
    Joshua J. Metcalf (MS Bar No. 100340)
    Tanya D. Ellis (MS Bar No. 101525)
    FORMAN WATKINS KRUTZ & TARDY LLP
    200 South Lamar Street
    City Centre Building, Suite 100 (39201)
    Post Office Box 22608 (39225-2608)
    Jackson, Mississippi
    Phone: (601) 960-8600
    Facsimile: (601) 960-8613
    Email: joshua.metcalf@formanwatkins.com
    Email: tanya.ellis@formanwatkins.com



EXHIBIT 1

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2015, the foregoing was filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Joshua J. Metcalf
Joshua J. Metcalf