# HENRY A. ANDERSON M.D.

Occupational and Environmental Medicine
200 Lakewood Blvd., Madison, WI 53704 • (608) 241-1227

June 9, 2015

Ms. Tanya D. Ellis
Forman Watkins Krutz & Tardy, LLP
200 S. Lamar St., Ste 100
Jackson, Mississippi 39201

## STATEMENT

### Professional Services

5/30-31/2015 Review of six case files, medical literature in preparation
for 6/1and 6/2 2015 discovery deposition

| | |
|---|---:|
| 6 cases @ 0.5 hr/ case = 3 hr @ $400/hr | $1,200.00 |
| Discovery deposition for 6 Marshfield cases<br>6/1/15  9 AM – 6 PM<br>    8 hr @$500/hr | 4,000.00 |
| 6/2/15 4:30 PM – 8:00 PM<br>    3.5 hr @$400/hr | 1,400.00 |
| 6/5/2015  Deliver subpoena materials to Verbatim Reporting for copying<br>    0.75 hrs @ $400/hr | 300.00 |
| **BALANCE DUE** | **$ 6,900.00** |

Kindly return a copy of this statement with payment.


EXHIBIT 3

# HENRY A. ANDERSON M.D.

Occupational and Environmental Medicine
200 Lakewood Blvd., Madison, WI 53704 • (608) 241-1227

June 26, 2015

Ms. Tanya D. Ellis
Forman Watkins Krutz & Tardy, LLP
200 S. Lamar St., Ste 100
Jackson, Mississippi 39201

## STATEMENT

**Professional Services**

| | |
|---|---:|
| 6/20/2015 Review of two case files, calculate probability of causation in preparation for 6/23/2015 discovery deposition continuation<br>    2 cases @ 0.5 hr/ case = 1 hr @ $400/hr | $ 400.00 |
| Literature review  1.5 hrs@ $400/hr | 600.00 |
| Discovery deposition continuation<br>    6/2/15 4:45 PM – 7:45 PM<br>    3 hr @$400/hr | 1,200.00 |
| **BALANCE DUE** | **$ 2,200.00** |

Kindly return a copy of this statement with payment.

# HENRY A. ANDERSON M.D.

Occupational and Environmental Medicine
200 Lakewood Blvd., Madison, WI 53704 • (608) 241-1227

July 3, 2015

Ms. Tanya D. Ellis
Forman Watkins Krutz & Tardy, LLP
200 S. Lamar St., Ste 100
Jackson, Mississippi 39201

## STATEMENT

### Professional Services

| | |
|---|---:|
| 6/28/2015 Review case files, update reliance materials in preparation for 7/1/2015 discovery deposition continuation<br>1.5 hr @ $400/hr | $ 600.00 |
| Discovery deposition continuation<br>7/1/15 4:30 PM – 6:30 PM<br>2 hr @$400/hr | 800.00 |
| **BALANCE DUE** | **$ 1,400.00** |

Kindly return a copy of this statement with payment.