University Pathologists Laboratories, LLP
Department of Pathology
*Environmental and Occupational Pathology*
Ph: 315.464.4750
Fax: 315.464.7130
http://www.upstate.edu/pathenvi

# UPSTATE
MEDICAL UNIVERSITY

**INVOICE supplemental**

Robert G. McCoy, Esq.
Cascino Vaughan Law Offices
220 South Ashland
Chicago, IL 60607

July 6, 2015

FAX (312) 944-1870

RE: Rita Treutel and 5 other Marshfield cases
9/07/1926 to 7/24/2012
JA14-187 and others

Dear Mr. McCoy:

My departmental billing for additional time getting the requested files copied and shipped urgently is $ 900.00 (1.5 hours). **Please make this payable, not to me, but to University Pathologists Laboratory, LLP (Tax ID#16-6066162) and send it with a copy of this billing to:**

**University Pathologists Laboratories, LLP
224 Harrison Street, Suite 600
Syracuse, NY 13202**

Sincerely,

Jerrold L. Abraham, M.D.
Professor of Pathology and
Director of Environmental &
Occupational Pathology

CC: UPL billing department
JLA/

EXHIBIT 5

## Re: Marshfield cases; copying expense

Jerrold Abraham [ABRAHAMJ@upstate.edu]

**Sent:** Monday, July 06, 2015 3:52 PM
**To:** Bob G. McCoy

July 6, 2015          INVOICE

RE: COPYING EXPENSES for Marshfield records

Dear Mr. McCoy:
This is separate from the Departmental invoice for my time on this.
My actual expenses from FEDEX for the record copying on these cases is $178.11.
If you need the original credit card receipt on this, I will have it with me at the deposition.

Please remit this amount to reimburse actual expense payable to me at the address below.
Sincerely,
Jerrold L. Abraham, MD
3 Short Rd
Fayetteville, NY 13066

# Re: Marshfield cases.. part 1

Jerrold Abraham [ABRAHAMJ@upstate.edu]

**Sent:** Thursday, July 16, 2015 7:28 AM
**To:** Bob G. McCoy

---

July 16, 2015          INVOICE
RE: Marshfield cases prep and depo. [2 parts]

Dear Mr. Mc Coy:

My time in preparatory discussions and reading for the deposition on July 14 was 1.5 hours. Therefore, please remit payment of $900.00 to me at the address below.

Sincerely,
Jerrold L. Abraham, MD
3 Short Rd
Fayetteville, NY 13066

Tax ID xxxx8399

============
July 16, 2015          INVOICE
RE: Marshfield cases prep and depo. [2 parts]

Dear Mr. Mc Coy:

My time for the deposition on July 14 was 4.5 hours. Therefore, please remit payment of $2600.00 to me at the address below.

Sincerely,
Jerrold L. Abraham, MD
3 Short Rd
Fayetteville, NY 13066
Tax ID xxxx8399

==================