IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| Diane Jacobs, Individually and as Special Administrator for the Purposes of this Lawsuit on Behalf of Decedent Rita Treutel,<br><br>          Plaintiffs,<br><br>     v.<br><br>Owens-Illinois, Inc.<br>Weyerhaeuser Company<br><br>          Defendants. | Case No. 12-cv-899-wmc |

_____

## NOTICE OF APPEAL
_____

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens-Illinois, Inc.'s licensing of a patent and claims against Weyerhaeuser Company:

- The June 2, 2015 order, which granted in part and denied in part Weyerhaeuser's motion for judgement on the pleadings (ECF Doc # 111.)

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois.  (ECF Doc # 119.)

- The February 19, 2016 order, which granted Weyerhaeuser's motion for summary judgment. (ECF Doc # 280.)

1

- The March 3, 2016 judgement entered in favor of Weyerhaeuser Company against plaintiff Diane Jacobs granting defendant's motion for summary judgement and dismissing this case. (ECF Doc #283.)

- The May 5, 2016 order, which denied Plaintiff's motion to reconsider the February 19, 2016 order. (ECF Doc # 295.)

Dated: June 6, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on June 6, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: June 6, 2016

 /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com